THE PEOPLE OF THE STATE OF NEW YORK v. MOSES C. WESTBROOK, Defendant. Indictment No. 1. THE PEOPLE OF THE STATE OF NEW YORK v. MOSES C. WESTBROOK, Defendant. Indictment No. 2. THE PEOPLE OF THE STATE OF NEW YORK v. MOSES C. WESTBROOK, Defendant. Indictment No. 3. THE PEOPLE OF THE STATE OF NEW YORK v. MOSES C. WESTBROOK, Defendant. Indictment No. 4.— Motion for stay denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.